IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>2.28 ACRES OF LAND, MORE OR LESS, SITUATED IN PERKINS COUNTY, NEBRASKA, MOLLY DICKINSON, SCOTT FJELL, JULIE FJELL, FARM CREDIT SERVICES OF AMERICA, FLCA, AGRIBANK, FCB, AND PERSONS UNKNOWN,<br><br>           Defendants. | CIVIL NO. 8:14CV85 |

## ORDER FOR DELIVERY OF POSSESSION

This action coming on for hearing ex parte upon the motion for Plaintiff for an order for the surrender of possession of the property described in the Complaint herein, and it appearing that the Plaintiff is entitled to possession of said property:

IT IS HEREBY ADJUDGED that all defendants to this action and all persons in possession or control of the property described in the Complaint filed herein shall surrender to Plaintiff possession of said property to the extent of the estate or interest being condemned, as of this date, provided that a notice of this order shall be served upon all persons in possession or control of said property forthwith.

Executed this 19th day of March, 2014.

                                                                s/ Joseph F. Bataillon
                                                                United States District Judge