## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | 8:14CV85 |
| vs. | |
| **2.28 ACRES OF LAND, MORE OR LESS, SITUATED IN PERKINS COUNTY, NEBRASKA, et al.,** | ORDER |
| Defendants. | |

This matter is before the court on the defendants', Molly Dickinson, Scott Fjell, and Julie Fjell, Unopposed Motion for Extension of Time and Progression Deadlines (Filing No. 61). The defendants seek an extension of time to brief and resolve a pending motion in limine (Filing No. 57) and of other case deadlines. Upon consideration,

**IT IS ORDERED**:

The defendants' Unopposed Motion for Extension of Time and Progression Deadlines (Filing No. 61) is granted.

**IT IS FURTHER ORDERED**:  The following deadlines shall apply:

1. The defendants shall have until **August 4, 2015**, to respond to the plaintiff's motion in limine. The plaintiff may file a reply **on or before August 25, 2015**.

2. **Pretrial Disclosures.**[1]  Pursuant to Fed. R. Civ. P. 26(a)(3), each party shall serve opposing counsel and file a redacted version, **on or before December 3, 2015**, a list of all trial exhibits the parties expect to offer by providing a numbered listing and permitting examination of such exhibits, designating on the list those exhibits it may offer only if the need arises.

---

[1]  In accordance with the E-Government Act, counsel shall, on witness lists, exhibits, and other disclosures and/or documents filed with the court, redact social security numbers, home addresses, phone numbers, and other personally identifying information of witnesses, but shall serve an unredacted version on opposing parties. **See** NECivR 5.3.

3.   **Motions in Limine.**  Any motions in limine shall be filed **on or before December 10, 2015**.

4.   **The Final Pretrial Conference** with the undersigned magistrate judge is set for **December 17, 2015, at 10:30 a.m.** in chambers, Suite 2271, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  The final pretrial conference shall be attended by lead counsel for represented parties.  Counsel shall complete prior to the pretrial conference, all items as directed in NECivR 16.2.[2]  By the time of the pretrial conference, full preparation for trial shall have been made so that trial may begin immediately thereafter.  The pretrial conference will include a discussion of settlement, and counsel shall be prepared through investigation, discovery and communication with clients and insurers, if any, to discuss fully the subject of settlement, including realistic expectations about liability, obstacles to agreement, offers made, and offers which can be made at the conference.  <u>Counsel shall be prepared to make additional offers or proposals for settlement in behalf of their clients at the pretrial conference, and counsel shall be prepared to make or opine on recommendations for further negotiations and conferences</u>.

5.   **Trial** is set to commence **January 19, 2016**, in Omaha, Nebraska, before the Honorable Joseph F. Bataillon, Senior United States District Judge, and a jury for three to four days.  Unless otherwise ordered, jury selection shall be at the commencement of trial.

Dated this 16th day of July, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge

---

[2]  All personal information should be redacted from the public version of the order and/or attachments filed with the clerk. See NECivR 5.3.